**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003039
08-MAY-2017
08:42 AM

NO. CAAP-13-0003039

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
VICENTE KOTEKAPIKA HILARIO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 11-1-0023)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellee State of Hawai'i's (State) "Motion for Reconsideration of April 19, 2017 Decision" filed on April 28, 2017, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, May 8, 2017.

On the motion:

Tracy Murakami,
Deputy Prosecuting Attorney,
County of Kauai,
for Plaintiff-Appellee.

Presiding Judge

Associate Judge

Associate Judge